Christopher Wells, ) Original
VS. ) Case Number
City of Mt. Vernon Ill ) 16-665-JPG
Et. Al. )

FILED
JUN 17 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

In The United States District Court
For The Southern District of Illinois

Now comes Christopher A Wells, Plaintiff Pro-se, pursuant to 705 ILCS 405/5-405 and respectfully avers the following:

1) That on or around May 31, 2011, the above named individual was a minor and in the custody of the M.V.P.D.

2) At that time the above named individual was a minor and in custody of the Mt. Vernon Police Department.

3) As a result during this custody he was illegally questioned without notification or consent by a parent or guardian. Nor was an attempt made to contact parent or guardian. This is direct violation of his 6th and 14th amendment rights of Due Process and equal protection of Law as offered by the above stated Constitutional Rights.

4) During this questioning Plaintiff Well's was coerced into incriminating himself in the Detective Bullard told Well's that if he showed remorse and confessed to his part in the crime, specifically who the "shooter" was that his case would be kept in juvenile court.

5) The aforementioned statement was later suppressed

due to the fact that a minor was questioned without consent from a parent or guardian. See (People v. Patterson 975 N.E.2d 1127 2012, Ill App. Lexis 800 363 Ill. Dec. 818 2012)

6) By not notifying the Plaintiffs' parents of their child's arrest and subsequent questioning the Police were in direct violation of 705 ILCS 405/5-405 of the Juvenile Courts act of 1987 and the legislative mandate as well.

Wherefore Christopher A Wells Pray that this Court enter an order, finding that he has a meritorious claims of cognizant issues allowing this matter a proper venue and be set for trial upon its merits, and further enter and order, which would substantiate compensation deemed just and proper.

X Christopher Wells
Christopher A Wells

Subscribed and sworn to before me this 12th day of June 2016

SS: Audrey L. Gray
Notary Public
6/12/16

OFFICIAL SEAL
AUDREY L. GRAY
Notary Public, State of Illinois
My Commission Expires 10-23-2016

State of Illinois )
) SS
County of Jefferson )

# Affidavit

The undersigned, on oath says that the facts set forth in the foregoing instrument is true in substance and matter of fact.

x Christopher Wells

Christopher A Wells
911 Casey Ave
Mt. Vernon IL 62864

Legal Mail

15 JUN 2016 PM 2 L




Legal Mail

MAIL CLEARED
US MARSHALS

Clerk of the Circuit Court
750 Missouri Ave
P.O. Box 249
East St. Louis Il, 62202

62202-024949

© USPS 2013

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC MIX Paper